UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:                                         *       CASE NO:  09-32156-JPS

    STACEY YORK A/K/A              *       CHAPTER 13
    STACEY FLOYD YORK,
                                               *
        DEBTOR
                                               *
_____

NOTICE OF MODIFICATION OF PLAN PRIOR TO CONFIRMATION

    THE ABOVE NAMED DEBTOR (S) HAS FILED PAPERS WITH THE COURT TO MODIFY THE CHAPTER 13 PLAN FILED IN THIS CASE.

    YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

    IF YOU DO NOT WANT THE COURT TO GRANT THE MODIFICATION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MODIFICATION, THEN ON OR BEFORE 20 DAYS FROM THE DATE SET OUT BELOW, YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT AN OBJECTION TO THE MODIFICATION EXPLAINING YOUR POSITION AT: U.S. BANKRUPTCY COURT, CLERK'S OFFICE, 433 CHERRY STREET, MACON, GEORGIA 31202.

    IF YOU MAIL YOUR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT WITHIN 21 DAYS AFTER THE DATE STATED BELOW.

    A COPY OF ANY OBJECTION MUST ALSO BE MAILED TO THE RHYMER LAW FIRM, P. O. BOX 81028, CONYERS, GEORGIA 30013 AND ALSO A COPY TO THE CHAPTER 13 TRUSTEE'S OFFICE, P. O. BOX 954, MACON, GEORIGA 31202 AND UPON ALL OTHER PERSONS OR ENTITIES LISTED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

    IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MODIFICATION AND MAY ENTER AN ORDER ALLOWING IT.

    THE CONFIRMATION ORIGINALLY SCHEDULED FOR MARCH 16, 2010 WILL BE HELD BUT AT THE HEARING CONFIRMATION WILL BE CONTINUED TO APRIL 13, 2010 AT 2:00 PM IN THE COURTROOM OF THE US COURTHOUSE IN ATHENS, GEORGIA.  ANY OBJECTION TO THE CHAPTER 13 PLAN ON THIS MODIFICATION WILL BE HEARD AT THE CONFIRMATION HEARING.

    THIS   5th    DAY OF    March       , 2010.

                                                                /s/ William Rhymer
                                                               WILLIAM RHYMER
                                                               Attorney for Debtor(s)
                                                               Georgia State Bar No. 602450

Rhymer Law Firm
P. O. Box 81028
Conyers, GA  30013
(770) 918-8000

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:                           *       CASE NO: 09-32156-JPS

   STACEY YORK A/K/A          *       CHAPTER: 13
   STACEY FLOYD YORK,
       DEBTOR              *

FIRST AMENDED PLAN

Stacey York, Debtor, having filed the initial Plan on January 17, 2010, hereby amends the Plan in this case as follows:

The Initial Plan is deleted in its' entirety and in lieu thereof substitutes the First Amended Chapter 13 Plan attached hereto and incorporated herein as Exhibit A.

This __5th__ day of __March__, 2010

/s/ William Rhymer
WILLIAM RHYMER
Attorney for Debtor(s)
Georgia State Bar No. 602450
P.O. Box 81028
Conyers, GA 30013
(770)918-8000

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

DEBTOR: Stacey York  * Chapter 13
SS#: XXX-XX-5480  * Case No.09-32156-JPS

### FIRST AMENDED CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's (s') employer) shall pay to the trustee the sum of $ **718.00**  weekly/**bi-weekly**/semi-monthly/monthly. (If the payments change over time include the following.) These plan payments change to $_____ weekly/bi-weekly/semi-monthly/monthly on _____, 20 ____. (Via payroll deduction from __**TY Cobb Healthcare**.)

2. From the payments so received, the trustee shall make disbursements as follows:

(a) The trustee percentage fee as set by the United States Trustee.

(b) The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearages claim.)

| NAME OF CREDITOR | MONTH OF FIRST PAYMENT UNDER PLAN | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| **Bank of America** | **March 1,2010** | $916.00 |
|  |  |  |

(c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| **American General** | $25.00 |
| **Badcock Home Furnishing** | $25.00 |
|  |  |
|  |  |

(d) Attorney fees ordered pursuant to 11 U.S.C. § 507(a)(2) of $ **2500.00**  to be paid in accordance with the courts administrative orders.

(e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL | MONTHLY PAYMENT AMOUNT |
|---|---|---|---|---|---|
| **American General** | $4,292.00 | $2,500.00 | 6.0% | Furnace & A.C. | $ 96.00 |
| **Badcock Home Furnishing** | $1,317.00 | $ 800.00 | 6.0% | Mattress & Furniture | $100.00 |
|  |  |  |  |  |  |

**EXHIBIT A**

f) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows

| NAME OF CREDITOR | ESTIMATED AMOUNT DUE | VALUE | INTEREST RATE | COLLATERAL |
|---|---|---|---|---|
| **Bank of America** | **$7,500.00** | (arrears) | Contract | Residence |
|  |  |  |  |  |

(g) The following collateral is surrendered to the creditor:

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| **1st Franklin Financial** | **1997 Ford** |

(h) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will/will not be made simultaneously with payment of the secured debt and will/will not include interest at the rate of _____%. Interest can only be included if the plan is proposing to pay all claims in full.)

| NAME OF CREDITOR | PAYMENT AMOUNT |
|---|---|
|  |  |

(i) The following unsecured claims are classified to be paid at 100%. These payments will/will not be made simultaneously with payment of the secured debt:

(j) All other 11 U.S.C. § 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified be law.

(k) The debtor(s) will be the disbursing agent on the following debts: **NONE**

(l) Special provisions: **The Debtor's plan provides that the nonpurchase nonpossessory liens on the Debtor's household goods held by the following creditors shall be avoided upon confirmation of the plan and extinguished upon completion of the case:  Security Finance & 1st Franklin Financial.**

**The Debtor's plan provides that pursuant to 11 USC 1301 the cosigned debt to Pinnacle Bank is to be placed in a special class and paid with contract interest on the total amount owed.  The debt shall be paid along with the secured creditors at the rate of $100.00 per month.**

(m) General unsecured creditors whose claims are duly proven and allowed will be paid
   (1)  **0 %** dividend or a prorata share of $ **0**, whichever is greater; or
   (2)  the debtor(s) will make payments for _____ months and anticipated a dividend of _____%

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:                              *       CASE NO: 09-32156-JPS

   STACEY YORK A/K/A           *       CHAPTER: 13
   STACEY FLOYD YORK,
           DEBTOR           *

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users. (2) via electronic notice to ECF Filers and Consenting Users who represent parties and (3) mailed postage prepaid to all other interested parties at their addresses shown below:

<u>Via U.S. Mail</u>                              <u>Via Electronic Notice</u>

Stacey York                                   Camille Hope, Trustee
447 Speedway Rd.
Hartwell, GA  30643

(All Scheduled Creditors Listed on
Attached Matrix.

    This __5th__ day of _March_, 2010.

                                                       Respectfully Submitted,

                                                       /s/ William Rhymer_____
                                                       William Rhymer
P. O. Box 81028                               Attorney for Debtor(s)
Conyers, GA  30013                            Georgia State Bar No. 602450
(770) 918-8000

1st Franklin Financial
376 East Howell St.
Hartwell, GA 30643


American General Finance
P.O. Box 742536
Cincinnati, OH 45274


Badcock Home Furnishing
203 N. Thomas St.
Elberton, GA 30635


Bank of America
c/o BAC Home Loan Srvc., LP
P.O. Box 650070
Dallas, TX 75265


Bank of America
c/o McCalla Raymer
1544 Old Alabama Rd.
Roswell, GA 30076


Capital One Bank
c/o Nelson, Watson & Assoc.
P.O. Box 1299
Haverhill, MA 01831


Castle Credit Corp.
c/o Asset Acceptance
P.O. Box 2036
Warren, MI 48090


Cobb Enterprises, LLC
P.O. Box 558
Royston, GA 30662


Cobb Memorial Hospital
c/o RGL Associates
P.O. Box 1054
Brunswick, GA 31521


Discover Card
P.O. Box 71084
Charlotte, NC 28272

```
Elbert Memorial Hospital
c/o Nations Recovery Center
6491 Peachtree Blvd
Doraville, GA 30360


FHA/HUD
Five Points Plaza Bldg.
40 Marietta St.
Atlanta, GA 30303


GE Money Bk/Rec. Mgm.
c/o Ramesh Singh
25 SE 2nd Ave. Ste. 1120
Miami, FL  33131


Greentree Srvc.
332 Minnesota St.
Saint Paul, MN 55101


Hart Communications
P.O. Box 388
Hartwell, GA 30643


Hart County Hospital
P.O. Box 209
Royston, GA 30662


Hartwell Dental Assoc.
c/o Merchants Credit Assoc.
4126 Clemson Blvd. Ste 1A
Anderson, SC 29621


Household Credit
P.O. Box 98706
Las Vegas, NV 89193-8706


HSBC Bank
c/o Calvary Portfolio Services
P.O. Box 27288
Tempe, AZ 85285


Lab Corp. of America
c/o AMA
P.O. Box 1235
Elmsford, NY 10523
```

Lee Dental Group, OC
30 Chandler Center
Hartwell, GA 30643


MCI DP/Verizon
500 Technology Dr. #300
Weldon Springs, MO 63304-2208


MCI/Verizon
c/o CBE Group/Payment Cntr
P.O. Box 2038
Waterloo, IA 50704


Piedmount Pathology Assoc.
c/o SCA Collections
P.O. Box 876
Greenville, NC 27835


Pinnacle Bank
P.O. Box 430
Elberton, GA 30635


R.S. White MD, LLC
461 Cook St. Ste. B
Royston, GA 30662


SCA Collections
P.O. Box 876
Greenville, NC 27835


Security Financial
204 E. Main St.
Spartanburg, SC 29306


Shirley McClure
3324 Ruckerville Rd.
Elberton, GA 30635


U.S. Attorney MDGA
Civil Div., Attn: Civil Clerk
P.O. Box 1702
Macon, GA 31201

```
Veterans Affairs
1700 Clairmont Rd.
Decatur, GA 30033




W. S. Badcock Corp.
c/o Erin Overstreet
P. O. Box 232
Mulberry, FL  33860


William O. Tucker
1848 MT. Olivct Rd.
Hartwell, GA 30643
```